CLARENCE A. BRIMMER
U.S. DISTRICT JUDGE

2120 Capitol Avenue - Room 2603
CHEYENNE, WYOMING 82001

(307) 433-2160
(307) 634-6072

November 12, 2004

The Honorable Mary M. Lisi, Chair
Judicial Conference of the U.S.
  Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

FINANCIAL DISCLOSURE OFFICE

2004 NOV 22 A 5: 06

RECEIVED

Dear Judge Lisi:

In reply to your letter of August 4, 2004 concerning my 2003 Report:

(1)  I won't report the automobile loan again.

(2)  In Part VII, items 11, 16, 17, 26, 30 and 30, these are royalty interests that I have always reported.  In 2002 Report, they were items 9, 10, 11, 12, 16, 17, 18, 19, 31, 32 and 35.  After your Committee released my report to the environmentalists and they falsely accused me in the *New York Times* and *Washington Post* of having interests in all those oil companies which I had listed merely as the operators of the fields, I decided in the future to list them only by the name of the field.  They are still designated as royalty interests.  I have owned these small royalty interests since pre-1975 when I became a judge.  Item 26 should be a royalty in the Big Hole Field, not Land Bank.

(3)  In Part VII, Numbers 6, 7, and 8, these are old mutual funds, and Key Corp stock, the dividends in which are automatically reinvested.  On Item 7, I withdrew some of this Vanguard Fund for some personal uses.  I didn't have the records of the date and amount of each reinvestment or of the withdrawal, so I left D(2) and D(3) blank.

(4)  In Part VII, items 11, 15, 16, and 17, are royalty interests which I have heretofore listed, as explained in Number 2 above.  Items 12, Europacific Growth Fund, 18, Intel shares, 19, Cisco stock, 24 a mineral interest (working) in West Virginia, and 28, AT&T Wireless Corp which was a stock distribution from stock I already owned, are assets I have owned for several years and have forgotten about since they were producing no income until lately.

I am sorry to have been so long in answering, but I have been so busy on the bench that I haven't had time to look into this until now.

Very truly yours

CLARENCE A. BRIMMER,
U.S. District Judge

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2004 | | |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) BRIMMER, CLARENCE A | 2. Court or Organization U.S. DISTRICT COURT OF WYOMING | 3. Date of Report 5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Room 2603 2120 CAPITOL AVE CHEYENNE, WY 82001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 20 11 33 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | 0.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ** NOTHING TO REPORT ** | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Community First Bank, Cheyenne, WY | Auto loan (4-29-03) | K |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BP PLC | C | Dividend | M | U | None | | | | |
| 2. Exxon-Mobil Corp | B | Dividend | K | T | None | | | | |
| 3. Phelps-Dodge Corp. | A | Dividend | K | V | None | | | | |
| 4. Chevron-Texaco Corp. | A | Dividend | K | T | None | | | | |
| 5. Chiquita Brands | A | Dividend | K | U | None | | | | |
| 6. Windsor Fund█ | C | Dividend | R | T | Buy | * | | | |
| 7. Vanguard Muni. Bond Fund█ | C | Dividend | M | V | Buy/sel | * | | | |
| 8. KeyCorp█ | B | Dividend | K | U | Buy | * | | | |
| 9. Lost Soldier Field (Mineral Interest Sweetwater County, WY) | | Royalty | M | U | None | | | | |
| 10. South Baggs Field, Carbon Cty | X | Royalty | K | V | None | | | | |
| 11. Medicine Bow Field, Carbon County, WY | A | Royalty | K | W | None | | | | |
| 12. Europacific Growth Fund,Am.Mut.Funds | C | Dividend | K | T | Buy | * | | | |
| 13. Qwest, Communications Intl. Inc. | A | | K | T | None | | | | |
| 14. Vanguard 500 Index Fund | A | Dividend | K | T | None | | | | |
| 15. Battle Mtn Field, Moffat County, CO | A | Royalty | K | T | None | | | | |
| 16. Robbers Dog Field, Carbon County, WY | A | Royalty | K | V | None | | | | |
| 17. Lost Mahoney Dome Field, Carbon County, WY | A | Royalty | K | V | None | | | | |
| 18. Intel, Inc. | A | Dividend | K | T | None | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Cisco Systems | A | Dividend | | | None | | | | |
| 20. Echo Star Communications Co. | A | Dividend | | | None | | | | |
| 21. IBM Corp | A | Dividend | | | None | | | | |
| 22. MICROSOFT Corp | A | Dividend | | | Buy | | | | |
| 23. Great Hall Invtd Fds (Money market funds for Div. Reinvestme | A | Dividend | | | Buy | | | | |
| 24. Mineral Working Interest, West Virginia | | Dividend | | V | None | | | | |
| 25. Level 3 Communications | A | Dividend | | | None | | | | |
| 26. Big Hole Land Bank- Moffat County, CO | A | | | S | None | | | | |
| 27. Crooks Gap Field, Mineral Int, Fremont Cty, WY | | Royalty | | | None | | | | |
| 28. AT&T Wireless Corp | | | | | None | | | | |
| 29. General Electric Co. | A | Dividend | | | None | * | | | |
| 30. Nonproducing min. int. Carbon, Fremont, Sweetwater Ctys,WY | | | | V | | | | | |
| 31. Nonproducing min. int. Routt and Moffat County, Colorado | | | | W | | | | | |
| *DIVIDENDS REINVESTED IN ADDITIONAL STOCK | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)   U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRIMMER, CLARENCE A | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date  5-11-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544